LINCOLN STORES, INC., Respondent, v. CITY OF SYRACUSE, Appellant.— Judgment and order affirmed, with costs. All concur. (Appeal from a judgment for plaintiff in an action to recover property damage alleged to have been caused by water from a defective water main. The order denies a motion for a new trial.)  Present — Taylor, P. J., Vaughan, Kimball, Piper and Wheeler, JJ. [See 279 App. Div. 708.]

SOPHIA S. SMITH, Appellant, v. OAKLAND J. STEVENS et al., Respondents.— Judgment affirmed, without costs of this appeal to any party. All concur, except Vaughan and Piper, JJ., who dissent and vote for reversal and for granting a new trial, in the following memorandum:  We find no credible evidence in the record which justified the learned Official Referee in concluding that the appellant knowingly divested herself of her home and all her life's savings and turned the same over to her son without any understanding or agreement on the part of the son to support or maintain her for the remainder of her life. (Appeal from a judgment dismissing plaintiff's complaint in an action to cancel conveyance of realty and also to recover the amount of a bank account.)  Present — Taylor, P. J., Vaughan, Kimball, Piper and Wheeler, JJ.

OSCAR LEIFER, Respondent, v. MEYER ZEPLOWITZ et al., Appellants.— Order affirmed, with $10 costs and disbursements.  Memorandum: The defendants contend that the plaintiff's action is one at law and that they are entitled to a jury trial. Their motion was made upon the amended complaint and the amended answer. The amended answer is not in the record before us and the court, therefore, is not informed as to what allegations of the amended complaint are in issue. Some of the allegations of the amended complaint are so drawn as to leave in doubt the theory upon which the plaintiff will rely. The question before us, however, is not one relating to the sufficiency of the complaint nor whether the complaint should be made more definite and certain. As we read this complaint, the plaintiff is seeking a judgment for the rescission of some agreement between the parties, apparently either on the ground of misrepresentation or undue influence. There is no allegation that the defendants have failed or refused to perform the alleged agreement, whatever it may be, and the demand for relief is equitable in its nature. We think the order appealed from should be affirmed. All concur. (Appeal from an order denying defendants' motion to remove the case from the equity calendar and for a jury trial, and directing that the case remain on the equity calendar.)  Present — Taylor, P. J., McCurn, Vaughan, Kimball and Wheeler, JJ.

CLAYTON M. JONES, Appellant, v. NATIONAL CHAUTAUQUA COUNTY BANK OF JAMESTOWN, Respondent.— Orders affirmed, with $10 costs and disbursements. All concur. (Appeal from order of Chautauqua Special Term, WECHTER, J., denying plaintiff's four alternative prayers for relief for a stay, etc.; also appeal from order of Chautauqua Special Term, WILLIAMS, J., denying plaintiff's motion for an order vacating all proceedings before Justice WECHTER; also appeal from order of Chautauqua Special Term, VANDERMEULEN, J., denying motion to vacate judgment, etc. The motions are in an action to recover damages for the conversion of certain shares of stock owned by plaintiff.)  Present — Taylor, P. J., McCurn, Vaughan, Kimball and Wheeler, JJ.  [See 279 App. Div. 713.]